IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES R. BROWN                         *

    Plaintiff,                         *

        v.                              *           2:08-CV-707-TMH
                                                    (WO)
BILL FRANKLIN, *et al.*,               *

    Defendants.                        *

_____

## ORDER

Plaintiff lists "medical staff" a defendant in this cause of action. Upon review of the pleadings and documents filed in this case it appears that the aforementioned designation does not adequately describe the person(s) to be sued so that such persons can be identified for service. *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). *See also Watson v. Unipress*, 733 F.2d 1386, 1388 (10th Cir. 1984) (plaintiff did not amend her complaint with identities of unknown defendants, and, therefore, no one directly involved in incident was named as defendant.). Accordingly, it is

ORDERED that on or before October 29, 2008 Plaintiff shall file with this court an amendment to his complaint which:

1. Informs the court of the true name(s) of "Medical Staff" who allegedly violated his constitutional rights.

2. Specifically describes how the above identified health care personnel violated his

constitutional rights.

Plaintiff is cautioned that if he fails to properly respond to this order the above unidentified individual(s) will not be considered a defendant(s) in this cause of action and this case will proceed only against those persons properly named in the complaint upon whom service has been perfected.

DONE, this 15th day of October 2008.

      /s/ Susan Russ Walker
     SUSAN RUSS WALKER
     CHIEF UNITED STATES MAGISTRATE JUDGE